EILEEN M. DECKER
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SUNDEEP PATEL, CSBN 242284
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8981
    Facsimile:  (415) 744-0134
    Email:  Sundeep.Patel@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENNA DEE WEANT,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 8:15-cv-00739-SS<br><br>**ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

Based upon the Stipulation to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and for good cause shown,

IT IS HEREBY ORDERED that the above-captioned matter be remanded to Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, for further proceedings in accordance therewith.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter a final judgment in favor of Plaintiff, and against Defendant.

DATED: 11/17/15          _____/S/_____
                        HON. SUZANNE H. SEGAL
                        UNITED STATES MAGISTRATE JUDGE