EILEEN M. DECKER
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SUNDEEP PATEL, CSBN 242284
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8981
    Facsimile:  (415) 744-0134
    Email:  Sundeep.Patel@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENNA DEE WEANT, | ) Case No. 8:15-cv-00739-SS |
| Plaintiff, | ) **JUDGMENT** |
| v. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

1 | Having approved the Parties' Stipulation to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g),

Judgment for Plaintiff is hereby entered in accordance with the Order For Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g).

DATED: 11/25/15                              _____/S/_____
                                                               HON. SUZANNE H. SEGAL
                                                               UNITED STATES MAGISTRATE JUDGE