CYRUS SAFA, CSBN 282971
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff Glenna Dee Weant

EILEEN M. DECKER
United States Attorney
LEON WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SUNDEEP R. PATEL, CSBN 242284
Special Assistant United States Attorney
Assistant Regional Counsel
  Social Security Administration, Region IX
  160 Spear Street, Suite 800
  San Francisco, California 94105
  Tel: (415)977-8981
  Fax: (415) 744-0134
  E-mail: sundeep.patel@ssa.gov
Attorneys for Defendant Carolyn W. Colvin

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| GLENNA DEE WEANT, | ) No. 8:15-cv-00739-SS |
| | ) |
| Plaintiff, | ) **ORDER AWARDING EQUAL** |
| | ) **ACCESS TO JUSTICE ACT** |
| v. | ) **ATTORNEY FEES AND** |
| | ) **EXPENSES, PURSUANT TO 28** |
| CAROLYN W. COLVIN, Acting | ) **U.S.C. § 2412(d)** |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

1 | Based upon the parties' Stipulation for the Award and Payment of Attorney
2 | Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C.
3 | § 2412(d) (Stipulation), **IT IS ORDERED** that fees and expenses in the amount of
4 | $5,345.20 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of
5 | the Stipulation.

DATED:  1/04/16

/S/
HON. SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

Order Awarding EAJA Fees
Case No. 8:15-cv-00739-SS